IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01321-PSF-PAC

CLARENCE LUSS,

    Plaintiff,

v.

AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN,
a Wisconsin corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court on the parties' Stipulation for Dismissal With Prejudice (Dkt. # 18), and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the above-captioned matter and the Complaint filed therein is DISMISSED WITH PREJUDICE as to all claims between Plaintiff Clarence Luss and Defendant American Standard Insurance Company of Wisconsin, each party to pay his or its own attorney's fees and costs.

    DATED:  February 21, 2007

                                                    BY THE COURT:

                                                    *s/ Phillip S. Figa*

                                                    _____
                                                    Phillip S. Figa
                                                    United States District Judge